# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                              CASE NO. 1:08cr9-RS/AK

JERRY CARL SLEDGE,

    Defendant.

_____/

## ORDER REASSIGNING CASE

This case is reassigned to District Judge Richard Smoak for all purposes. The trial remains set for Tuesday, December 2, 2008, at the United States Courthouse in Gainesville, Florida. The initials in the case number are changed as set forth in this order's case style.

SO ORDERED on November 21, 2008.

                                              s/Robert L. Hinkle
                                              Chief United States District Judge